# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERMAINE WINN,** : | |
| : | |
| Plaintiff : | |
| : | **CIVIL ACTION NO. 1:CV-16-1641** |
| v. : | |
| : | (Judge Caldwell) |
| **STATE CORRECTIONAL** : | |
| **INSTITUTION CAMP HILL,** *et al.,* : | |
| : | |
| **Defendants** : | |

# O R D E R

**AND NOW**, this **6th** day of **SEPTEMER**, **2018**, upon consideration of Dr. Abraham's unopposed Motion to Dismiss (ECF No. 26), and in accordance with the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendant Abraham's Motion to Dismiss (ECF No. 26) is **GRANTED**.

2. The Clerk of Court shall **CLOSE** this file.

          /s/ A. Richard Caputo
          **A. RICHARD CAPUTO**
          **United States District Judge**